Laid Ysaguirre BU7399
Name and Prisoner/Booking Number

N.K.S.P.
Place of Confinement

6108 Glenhurst Way
Mailing Address

Citrus Heights, CA 95621
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

Scanned at CDCR and E-Mailed
on 2/21/23 by J.K
            (date)      (initials)

Number of pages scanned: 8

**FILED**
Feb 21, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Laid Ysaguirre,
(Full Name of Plaintiff)      Plaintiff,

v.

(1) R. Rodriguez Badge # 379
(Full Name of Defendant)

(2) Sacramento County Sheriff Department

(3) _____

(4) _____
            Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:23-cv-00254-HBK (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**
JURY TRIAL DEMANDED

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Sacramento

Revised 3/15/2016                           1

Case 2:23-cv-00327-AC   Document 1   Filed 02/21/23   Page 2 of 5

Scanned at CDCR and E-Mailed.
on 2/21/23 by J.K
(date)   (initials)
Number of pages scanned: 8

B. DEFENDANTS

1. Name of first Defendant: **R. Rodriguez #379**. The first Defendant is employed as: **Sacramento County Sheriff** at **Sacramento Sheriff Department**.
(Position and Title)    (Institution)

2. Name of second Defendant: **S.C. Sheriff Office**. The second Defendant is employed as: **Sacramento County Sheriff Office**.
(Position and Title)    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
(Position and Title)    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
(Position and Title)    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

Case 2:23-cv-00327-AC   Document 1   Filed 02/21/23   Page 3 of 5

Scanned at CDCR and E-Mailed
2/21/23 by J.K
(date)   (initials)
Number of pages scanned: 8

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Mentel, Emotional, and Physical Pain and suffering for Violation of 4, 8, and 14 Amendment

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On MARCH 5th AT 1:40 AM ON WATT AVE BY ELKHORN BLVD IN SACRAMENTO COUNTY I WAS PULLED OVER BY SACRAMENTO COUNTY SHEIFF. I PULLED OVER AND WAS ASKED MY NAME, ID, AND CAR PAPERS. I STARTED TO GET ANXIETY AND HAVE A PANIC ATTACK. I DROVE OFF FOR ABOUT 3 MINTIES. THEN GOT OUT THE CAR AND RAN ON FOOT FOR ABOUT 30 SECONDS. WHEN I REALIZE WHAT I WAS DOING I GOT FACE-DOWN ON GROUND WITH MY HANDS OVER MY HEAD. DEPUTY R. RODRIGUEZ BADGE # 379 PUT HIS KNEE IN MY NECK AND PUT HIS FULL BODY WEIGHT ON MY NECK. THERE WAS A HARD POP IN MY NECK. I WAS IN GREAT PAIN IN MY NECK, SHOULDERS, AND HEAD. I ASK HIM (RODRIGUEZ) TO PLEASE TAKE HIS KNEE OFF MY NECK HE DID NOT. HE THEN TWISTED MY RIGHT ARM SO HARD I
   (SEE ATTACHMENT 3-A)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Mentel, Emotional, and Physical Life long truma to Neck, Hand, and arm.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. There where none available to me nor did I persue for fear of Retaliation.

3

Case 2:23-cv-00327-AC   Document 1   Filed 02/21/23   Page 4 of 5

Scanned at CDCR and E-Mailed
on 2/21/23 by J.K.
(date)   (initials)
Number of pages scanned: 8

FELT A HARD SNAP IN MY HAND AND ARM. AT THIS POINT I WAS IN SO MUSH PAIN I COULD'NT MOVE GOOD. R. RODRIGUEZ BADGE #379 TRYED MANY TIMES TO PULL ME TO MY FEET BY MY ARMS. I TOLD HIM OVER AND OVER I COULD NOT STAND AND NEEDED A AMBULANCE. A AMBULANCE WAS CALLED I WAS PUT IN THE BACK. R. RODRIGUEZ BADGE #379 LEFT BOTH MY HANDS CUFFED BEHIND MY BACK AND MADE ME LAY ON TOP OF BOTH MY HANDS IN BACK OF AMBULANCE. I TOLD HIM OVER AND OVER I WAS IN GREAT PAIN IN MY HAND AND ARM. I ASK HIM TO CUFF MY LEFT ARM TO THE BED IN BACK OF THE AMBULANCE, HE DID NOT. WHEN WE GOT TO THE HOSPITAL SAN JUAN MERCY. I JUST HAD A NURSE JUST LOOK AT ME AND SAID I WAS CLEARED TO BE TAKEN TO JAIL. A FEW DAYS AFTER BEING IN JAIL EX-RAYS SHOWED MY HAND HAD BEEN BROKE IN 3 PLACES AND WAS PUT IN A CAST. I ALSO WAS STILL IN GREAT PAIN IN MY NECK. IT IS ON FILE AT SACRAMETO MAIN JAIL AND ALSO R.C.C.C. WHERE I HAD FOLLOW UP EX-RAYS AND MEDICAL CARE DONE. I WAS ALSO GIVEN PAIN MEDICATION I STILL TAKE TO THIS DAY BECAUSE OF THE EVERYDAY PAIN I'M IN IN MY NECK, SHOULDERS, HEAD, HAND, AND ARM. THE MEDICATION DOES VERY LITTLE FOR THE PAIN I SUFFER FROM EVERYDAY.

X [signature]   DATE 3/15/2023

ATTACHMENT 3-A

Case 2:23-cv-00327-AC   Document 1   Filed 02/21/23   Page 5 of 5

Scanned at CDCR and E-Mailed.
on 2/21/23 by J.K.
   (date)      (initials)
Number of pages scanned: 8

E.  REQUEST FOR RELIEF

State the relief you are seeking:
$25,000,000 FOR MENTEL, EMOTIONAL, AND PHYSICAL SUFFERING.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/15/2023
             DATE

_____
SIGNATURE OF PLAINTIFF

IN PRO PER
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.