UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAID YSAGUIRRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. RODRIGUEZ and SACRAMENTO COUNTY SHERIFF DEPARTMENT,<br><br>　　　　Defendants. | No. 2:23-cv-00327 AC PS<br><br><u>ORDER TO SHOW CAUSE</u> |

　　　　Plaintiff filed a pro se complaint on February 21, 2023, along with a motion to proceed in forma pauperis. ECF Nos. 1, 2. On April 24, 2023, the court granted the motion to proceed IFP and found service appropriate. ECF No. 7. Plaintiff was directed to supply the U.S. Marshal with the paperwork for service and file a notice on the docket stating that he has completed that task no later than May 9, 2023. ECF No. 7. Roughly four months later, plaintiff has taken no action in this case. The court is concerned that plaintiff has abandoned this case. Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than October 11, 2023, why this action should not be dismissed for failure to prosecute;

///

1

2. Plaintiff's filing of a notice of service upon the U.S. Marshal will be deemed good cause shown; and
3. If plaintiff fails to comply with this order, the case will be dismissed without prejudice for failure to prosecute.
4. DATED: September 12, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE