UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAID ZAIN YSAGUIRRE,<br><br>Plaintiff,<br><br>v.<br><br>R. RODRIGUEZ, SACRAMENTO COUNTYSHERIFF'S DEPARTMENT,<br><br>Defendants. | No.  2:23-cv-00327 AC PS<br><br><br><br>ORDER |

Plaintiff is a county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 17, 2024, defendants filed a motion to compel plaintiff's responses to written discovery.  ECF No. 19.  The time for responding has now passed and plaintiff has not responded.  Plaintiff will be given one final opportunity to respond.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall have an additional twenty-one days from the filing of this order to respond to defendants' motion to compel.  Failure to respond will be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions, up to and including a recommendation that this case be dismissed for failure to prosecute.  See L.R. 230(l).

DATED: July 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1