UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAID ZAIN YSAGUIRRE, | No.  2:23-cv-0327 AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| R. RODRIGUEZ, et al., | |
| Defendants. | |

      Plaintiff filed this case, proceeding in pro se, on February 21, 2023.  ECF No. 1.  On September 27, 2024, the court granted a motion to compel brought by defendants and ordered plaintiff to respond to defendants' discovery requests within 30 days.  ECF No. 22.  The order was mailed to plaintiff at the address plaintiff provided to the court but was returned undeliverable on October 7, 2024.  See Docket Notation dated October 7, 2024.  Plaintiff was directed to update his address by December 16, 2024.  Id.  On November 1, 2024, defendants filed a mid-litigation statement indicating that they had attempted to reach plaintiff at his last known address, and via an email address that plaintiff previously used, but they have been unable to reach plaintiff.  ECF No. 23 at 2.  Defendants report that they have not received the ordered discovery.

      Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Here, plaintiff has failed to comply with the court's discovery

1

order and has failed to update his address with the court.  It appears to the undersigned that plaintiff has abandoned this case.  This case cannot proceed without plaintiff's participation.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than January 3, 2025, why this action should not be dismissed for failure to prosecute;
2. If plaintiff fails to comply with this order, the case will be dismissed.

DATED: December 19, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE