UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAID ZAIN YSAGUIRRE, | No. 2:23-cv-00327-DAD-AC (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| R. RODRIGUEZ, et al., | |
| Defendants. | (Doc. No. 25) |

     Plaintiff Laid Zain Ysaguirre is an individual appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On January 7, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to comply with court orders and failure to prosecute this action. (Doc. No. 25.) Specifically, plaintiff has failed to comply with the court's September 27, 2024 order, in which plaintiff was ordered to respond to defendants' discovery requests, and the court's December 19, 2024 order, in which plaintiff was ordered to show cause why this action should not be dismissed for failure to prosecute. (Doc. Nos. 22, 24.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21)

days after service.  (Doc. No. 25 at 2.)  To date, no objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 7, 2025 (Doc. No. 25) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to comply with court orders and failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 25, 2025**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2